**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Tel. (775)786-6868
Email: rb@lge.net

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>ALS USA, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:21-cv-00335-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant ALS USA, INC. shall have an additional 30 days to file its response to Plaintiff's Complaint (Jury Trial Demanded) (*ECF No. 1*).

[Remainder of page intentionally left blank.]

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 1 -

The response was originally due on September 16, 2021, and shall now be due on Monday, October 18, 2021.

DATED this 17th of September, 2021

KEMP & KEMP

By: /s/ James P. Kemp
JAMES P. KEMP, ESQ. (SBN 6375)
7435 W. Azure Drive, Ste. 110
Las Vegas, Nevada 89130
*Attorneys for Plaintiff*

DATED this 17th of September, 2021.

LEMONS, GRUNDY & EISENBERG

By: /s/ Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN7289)
6005 Plumas St., Third Floor
Reno, Nevada 89519
*Attorneys for Defendant*

**ORDER**

It is hereby Ordered that Defendant shall have up to and including Monday, October 18, 2021 to file its response to the Complaint (ECF No. 1) in the above-captioned matter.

DATED: September 20, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 2 -