JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEY AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com
Attorney for Plaintiff GUADALUPE ORTIZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

GUADALUPE ORTIZ,

        Plaintiff,

vs.

ALS USA INC., a Nevada Corporation.

        Defendant.

Case No.: 3:21-cv-00335-MMD-WGC

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**[SUBMITTED IN COMPLIANCE WITH LR 26-1(b)]**

Pursuant to Federal Rule of Civil Procedure 26(f), Defendant and Plaintiff, GUADALUPE ORTIZ, through their respective counsel, submit the following proposed Discovery Plan and Scheduling Order.

    (1)    Discovery Cut Off Date.  The parties request a discovery period of one hundred eighty (180) days from October 18, 2021 the date Defendant ALS USA, INC's Answer was filed.  Therefore, the parties request that the discovery period close on Monday **April 18, 2022** [April 16 being a Saturday].

    (2)    Amending the Pleadings and Adding Parties.  The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the close of discovery**:**  Tuesday **January 18, 2022.**

    (3)    Expert Witness Disclosures.  The disclosure of any expert witnesses shall be made sixty (60) days before the discovery deadline:  Thursday **February 17, 2022.** The disclosures of any rebuttal experts shall be due thirty (30) days after the initial disclosures of experts: **Monday**

**March 21, 2022** [March 19 being a Saturday]. The requirements of F.R.C.P. 26(a) (2) (B) shall apply to any such disclosures.

(4) <u>Dispositive Motions.</u> Dispositive motions shall be filed not later than thirty (30) days after the discovery cut-off date: Wednesday **May 18, 2022**.

(5) <u>Pretrial Order.</u> The Joint Pretrial Order shall be filed not later than thirty (30) days after the date set for filing dispositive motions: Thursday **June 16, 2022**. However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

(6) <u>Rule 26(a) (3) Disclosures.</u> The disclosures required by Rule 26(a) (3) and any objection thereto shall be included in the Pretrial Order.

The parties will make their Initial Disclosures on or before **January 7, 2022**. No changes need to be made in the timing, form or requirements for such disclosures.

(7) <u>Electronically Stored Information.</u> The parties have undertaken efforts to retain any electronically stored information relevant to this matter and have agreed that, unless the requesting party asks for a definite and specific form, the party producing any electronically stored information need not provide such information in any certain form as long as the form provides the other party (ies) reasonable access to the information. The parties have further agreed that, to the extent any party seeks electronically stored information that would be cumulative, burdensome or unduly costly to produce, counsel for the parties will confer in good faith to reach a mutual agreement regarding the production of such information.

(8) <u>Protection of Privileged/Trial Preparation Materials.</u> The parties prefer to handle these issues on an ad hoc basis as no consensus can be reached in advance.

(9) <u>Subjects on Which Discovery Will be Conducted.</u> The parties are in agreement

that discovery will be needed on the Plaintiff's claims, Defendants' denials and the affirmative defenses raised in the Answers. No changes should be made on the limitations of discovery imposed under Federal Rules of Civil Procedure or local rules.

    (10)   <u>Alternative Dispute Resolution</u>. The parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration and early neutral evaluation.

    (11)   <u>Alternative Forms of Case Disposition.</u> The parties certify they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01)

///

///

///

(12)   Electronic Evidence.  The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Discussions between the parties will be ongoing as the trial date approaches and any electronic evidence will be presented in a format compatible with the court's electronic jury evidence display system.

Discovery does not need to be conducted in phases or limited or focused on particular issues.

| | |
|---|---|
| /s/ James P. Kemp | /s/ Rebecca Bruch, Esq. |
| James P. Kemp, Esq. | Rebecca Bruch, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | LEMONS, GRUNDY & EISENBERG |
| 7435 West Azure Drive, Suite 110 | 6005 Plumas Street, Third Floor |
| Las Vegas, NV 89130 | Reno, Nevada 89519 |
| (702) 258-1183/ 258-6983 fax | (775) 786-6868 / 786-9716 fax |
| Attorney for Plaintiff | Attorney for Defendant |
| Guadalupe Ortiz | ALS USA, Inc. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2022

4