JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEY AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com
Attorney for Plaintiff GUADALUPE ORTIZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

| | |
|---|---|
| GUADALUPE ORTIZ, | Case No.: 3:21-cv-00335-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATON AND ORDER TO EXTEND TIME TO SUBMIT DISMISSAL PAPERS AFTER RESOLUTION** |
| ALS USA INC., a Nevada Corporation. | |
| Defendant. | [FIRST REQUEST] |

On March 22, 2022 the Parties met at the Early Neutral Evaluation and reached an agreement to resolve the case. The court ordered that the parties submit dismissal paperwork by May 6, 2022. The Parties request that this date be extended through and including **May 31, 2022**. The reason is that Plaintiff's counsel has had personal issues with a death in his family in early April and a number of personal obligations and a heavy work schedule that has prevented him from finalizing the agreement which was drafted by Defense counsel and provided in April. Plaintiff's counsel will be addressing this forthwith. However, it is expected that some time will be needed to complete the terms of the agreement and submit the dismissal paperwork.

///

///

///

///

1

For the foregoing reasons the parties respectfully request that this stipulation for an extension of time to complete the dismissal paperwork and submit it to the court be granted and a new deadline of May 31, 2022 be ordered.

| | |
|---|---|
| /s/ James P. Kemp | /s/ Rebecca Bruch, Esq. |
| James P. Kemp, Esq. | Rebecca Bruch, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | LEMONS, GRUNDY & EISENBERG |
| 7435 West Azure Drive, Suite 110 | 6005 Plumas Street, Third Floor |
| Las Vegas, NV 89130 | Reno, Nevada 89519 |
| (702) 258-1183/ 258-6983 fax | (775) 786-6868 / 786-9716 fax |
| Attorney for Plaintiff | Attorney for Defendant |
| Guadalupe Ortiz | ALS USA, Inc. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____May 16, 2022_____

2