JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEY AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com
Attorney for Plaintiff GUADALUPE ORTIZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

| | |
|---|---|
| GUADALUPE ORTIZ, | Case No.: 3:21-cv-00335-MMD-CSD |
| Plaintiff, | |
| vs. | **STIPULATON AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| ALS USA INC., a Nevada Corporation, | |
| Defendant. | |

THE PARTIES, by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of all claims against ALS USA INC. in the above-entitled matter and that this case be closed. The parties further stipulate that all parties are to bear their own fees and costs.

/s/ James P. Kemp
James P. Kemp, Esq.
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/ 258-6983 fax
Attorney for Plaintiff
Guadalupe Ortiz

/s/ Rebecca Bruch, Esq.
Rebecca Bruch, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868 / 786-9716 fax
Attorney for Defendant
ALS USA, Inc.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2022

1